No. 49.   ZENITH RADIO CORP. *v.* HAZELTINE RESEARCH, INC., ET AL.   C. A. 7th Cir.   Request for additional time granted and a total of three hours allotted for oral argument.   [For earlier orders herein, see, *e. g., ante,* p. 958.]

No. 243.   CITIZEN PUBLISHING CO. ET AL. *v.* UNITED STATES.   Appeal from D. C. Ariz.   [Probable jurisdiction noted, *ante,* p. 911].   Motion of Robert L. Stern for leave to participate in oral argument, for *amici curiae,* denied.   MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.   *Robert L. Stern, pro se,* on the motion.

No. 273.   SCOFIELD ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 821.]   Motion of respondent International Union, UAW, to argue orally granted and twenty additional minutes allotted for that purpose.   Counsel for petitioners likewise allotted twenty additional minutes for oral argument.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.   *Joseph L. Rauh, Jr., John Silard,* and *Stephen I. Schlossberg* on the motion.

No. 379.   INTERNATIONAL TERMINAL OPERATING CO., INC. *v.* N. V. NEDERL. AMERIK STOOMV. MAATS., *ante,* p. 74.   Motion to recall and amend judgment of this Court granted.   It is ordered that the certified copy of the judgment sent to the District Court be recalled and that the case be remanded to the United States Court of Appeals for the Second Circuit.   *Edmund F. Lamb* on the motion.

No. 889, Misc.   PAULEKAS *v.* CLARK, ATTORNEY GENERAL, ET AL.   Stay heretofore granted by this Court on October 25, 1968 [*ante,* p. 921], is hereby dissolved.